DISMISS; Opinion filed November 8, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00718-CV

**PENNY YATES, Appellant**

**V.**

**SOUTH HAMPTON COMMUNITY HOSPITAL, Appellee**

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-08435-D

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

Before the Court is appellant's November 1, 2012 motion to dismiss the appeal. Appellant informs the Court that she no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

120718F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PENNY YATES, Appellant

No. 05-12-00718-CV     V.

SOUTH HAMPTON COMMUNITY HOSPITAL, Appellee

Appeal from the County Court at Law No. 4 of Dallas County, Texas. (Tr.Ct.No. CC-11-08435-D).
Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, South Hampton Community Hospital, recover its costs of the appeal from appellant, Penny Yates.

Judgment entered November 8, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE